IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMANDA MOSS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO.  2:10-CV-570-WKW |
| | ) |
| GIFF SIZEMORE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of the Recommendation of the Magistrate Judge (Doc. # 4), and after an independent review, it is ORDERED as follows:

(1) The Recommendation is ADOPTED, and;

(2) This case is TRANSFERRED to the U.S. District Court for the Northern District of Florida.

The Clerk of the Court is DIRECTED to take all necessary steps to effect the transfer.

DONE this 4th day of August, 2010.

　　　　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE